**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1315**

_____

ANTHONY ACHORONYE,

                Plaintiff - Appellant,

        v.

PRINCE GEORGE'S COUNTY,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:09-
cv-02528-RWT)

_____

Submitted:  October 19, 2010          Decided:  October 25, 2010

_____

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Achoronye, Appellant Pro Se.  Rajeshanand Kumar, Maria
Katherine Patterson, PRINCE GEORGE'S COUNTY OFFICE OF LAW, Upper
Marlboro, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Anthony Achoronye appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench. Achoronye v. Prince George's Cnty., No. 8:09-cv-02528-RWT (D. Md. Feb. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED